O

# United States District Court
# Central District of California

| | |
|---|---|
| MECHANIX WEAR, INC., a California corporation; and ZACHARY JERGAN, an individual,<br><br>     Plaintiffs,<br><br>  v.<br><br>PERFORMANCE FABRICS, INC., d.b.a. HEXARMOR, a Michigan corporation; and DOES 1-50,<br><br>     Defendants. | Case № 2:16-cv-09152-ODW (SS)<br><br>**ORDER CONVERTING FRCP 12(b)(3) MOTION TO DISMISS** |

  Plaintiffs Mechanix Wear Incorporated and Zachary Jergan filed this action on December 9, 2016, asking the Court to declare a noncompete clause in Jergan's contract with Defendant Performance Fabrics Incorporated invalid pursuant to California Business and Professions Code sections 16600 and 17200. On December 16, 2016, Defendant filed the pending motion to dismiss for improper venue pursuant to Federal Rule of Civil Procedure 12(b)(3) on the basis of a forum selection clause in

its contract with Jergen, which specifies that all legal actions relating to the contract be commenced in Kent County Circuit Court, Michigan. (Mot. Ex. B, ECF No. 15.)

The Court finds that a Rule 12(b)(3) motion is not proper under the circumstances and will instead treat the motion as one for forum non conveniens. The Supreme Court has made it clear that "the appropriate way to enforce a forum-selection clause pointing to a state or foreign forum is through the doctrine of *forum non conveniens*." *Atl. Marine Const. Co. v. U.S. Dist. Court for W. Dist. of Texas*, 134 S. Ct. 568, 580 (2013). The parties' briefing already closely tracks the analysis for forum non conveniens as it pertains to forum selection clauses. *See id.* (indicating that forum non conveniens should be analyzed in a similar manner to transfer of venue pursuant to 28 U.S.C. § 1404(a) when a forum selection clause is at issue); *see also Connex R.R. LLC v. AXA Corp. Sols. Assurance*, No. 216CV02368ODWRAOX, 2016 WL 4967655 (C.D. Cal. Sept. 15, 2016). In the interest of fairness, the Court will allow the parties to each file a brief of no more than **six pages** addressing issues specific to forum non conveniens by **January 17, 2017**.

**IT IS SO ORDERED.**

January 10, 2017

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**

2