**J**

# United States District Court
# Central District of California

| | |
|---|---|
| MECHANIX WEAR, INC., a California corporation; ZACHARY JERGAN, an individual,<br><br>　　　　　　Plaintiffs,<br>　　v.<br>PERFORMANCE FABRICS, INC., a Michigan corporation, doing business as HEXARMOR; and DOES 1–50,<br>　　　　　　Defendants. | Case No. 2:16-cv-9152-ODW(SS)<br><br><br><br>**JUDGMENT** |

　　　　On November 16, 2016, Plaintiffs Mechanix Wear Inc. and Zachary Jergan filed a complaint in the Superior Court of California, County of Los Angeles against Defendant Performance Fabrics Inc. seeking declaratory relief.  (Compl. ¶¶ 16–27, ECF No. 1-1.)  Defendant removed the case to federal court on December 9, 2016.  (ECF No. 1.)  On January 31, 2017, the Court granted Defendant's motion to dismiss for forum non conveniens.  (ECF No. 36.)

///

///

///

It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. Plaintiffs shall recover nothing from Defendant, and their claims against Defendant are dismissed on the merits and with prejudice; and

2. Defendant shall recover costs from Plaintiffs as evidenced by a bill of costs.

**IT IS SO ORDERED.**

February 1, 2017

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**